**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   PERCELL REED JR  §
         JOAN M REED       §   Case No.: 07-02393
                           §
                           §
                           §
         Debtor(s)         §

------------------------------------------------------------------------

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/12/2007.

2) This case was confirmed on 06/27/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 01/04/2012.

6) Number of months from filing to the last payment: 59

7) Number of months case was pending: 64

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $  76,280.00

10) Amount of unsecured claims discharged without payment $  22,126.72

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 108,024.50 |
| Less amount refunded to debtor | $ | 2,777.88 |
| **NET RECEIPTS** | $ | 105,246.62 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 3,000.00 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 6,797.65 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 9,797.65 |
| Attorney fees paid and disclosed by debtor | $ | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ONYX ACCEPTANCE CORP | SECURED | 11,000.00 | 15,160.42 | 15,160.42 | 15,160.42 | 2,073.06 |
| ONYX ACCEPTANCE CORP | UNSECURED | 4,284.00 | NA | NA | .00 | .00 |
| CAPITAL ONE AUTO FIN | OTHER | .00 | NA | NA | .00 | .00 |
| CARMAX AUTO FINANCE | SECURED | 12,000.00 | 9,589.95 | 9,589.95 | 9,589.95 | 934.36 |
| CARMAX AUTO FINANCE | UNSECURED | 3,000.00 | NA | NA | .00 | .00 |
| CARMAX AUTO FINANCE | OTHER | .00 | NA | NA | .00 | .00 |
| CITIFINANCIAL AUTO | SECURED | 11,000.00 | 14,181.18 | 11,000.00 | 11,000.00 | 1,507.45 |
| CITIFINANCIAL AUTO | UNSECURED | 3,533.00 | .00 | 3,181.18 | 3,181.18 | 1,197.57 |
| CITI AUTO | OTHER | .00 | NA | NA | .00 | .00 |
| CITIFINANCIAL AUTO | OTHER | .00 | NA | NA | .00 | .00 |
| NEW CENTURY MORTGAGE | SECURED | 190,000.00 | 175,632.36 | .00 | .00 | .00 |
| NEW CENTURY MORTGAGE | OTHER | .00 | NA | NA | .00 | .00 |
| NEW CENTURY MORTGAGE | OTHER | .00 | NA | NA | .00 | .00 |
| NEW CENTURY MORTGAGE | SECURED | NA | 23,011.94 | 23,011.94 | 23,011.94 | .00 |
| OCWEN LOAN SERVICING | SECURED | 45,800.00 | 45,892.29 | .00 | .00 | .00 |
| OCWEN LOAN SERVICING | SECURED | NA | 4,686.66 | 4,686.00 | 4,686.00 | .00 |
| OCWEN LOAN SERVICING | OTHER | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 5,000.00 | 6,819.66 | 6,819.66 | 6,819.66 | 2,155.69 |
| INTERNAL REVENUE SER | OTHER | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | OTHER | .00 | NA | NA | .00 | .00 |
| US ATTORNEYS OFFICE | OTHER | .00 | NA | NA | .00 | .00 |
| ADVOCATE BETHANY HOS | UNSECURED | 414.00 | NA | NA | .00 | .00 |
| ADVOCATE BETHANY HOS | UNSECURED | 1,256.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERIQUEST | UNSECURED | .00 | NA | NA | .00 | .00 |
| ARONSON FURNITURE | UNSECURED | .00 | NA | NA | .00 | .00 |
| ASPIRE | UNSECURED | 363.00 | NA | NA | .00 | .00 |
| ASSOCIATED ANESTHESI | UNSECURED | 194.00 | 194.00 | 194.00 | 194.00 | 72.67 |
| BALLYS TOTAL FITNESS | UNSECURED | 731.00 | NA | NA | .00 | .00 |
| BENEFICIAL/HOUSEHOLD | UNSECURED | .00 | NA | NA | .00 | .00 |
| BLAIR CORPORATION | UNSECURED | .00 | NA | NA | .00 | .00 |
| COMCAST CULVERY CITY | UNSECURED | .00 | NA | NA | .00 | .00 |
| CROSS COUNTRY BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| SUBBASH WAIKAR | UNSECURED | 114.00 | NA | NA | .00 | .00 |
| SUBBASH WAIKAR | UNSECURED | .00 | .00 | .00 | .00 | .00 |
| ECHO | UNSECURED | 246.00 | NA | NA | .00 | .00 |
| ECHO | UNSECURED | 215.00 | NA | NA | .00 | .00 |
| ECHO | UNSECURED | 86.00 | NA | NA | .00 | .00 |
| EMERGE VISA | UNSECURED | .00 | NA | NA | .00 | .00 |
| FIRST PREIMER BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| NCO FINANCIAL SYSTEM | UNSECURED | 365.22 | NA | NA | .00 | .00 |
| GEMB SAMS | UNSECURED | .00 | NA | NA | .00 | .00 |
| HARRIS | UNSECURED | 59.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 293.00 | 293.70 | 293.70 | 293.70 | 110.34 |
| MERCADO FOOT ANKIE C | UNSECURED | 195.00 | 195.13 | 195.13 | 195.13 | 73.22 |
| MERCURY FINANCE CO | UNSECURED | .00 | NA | NA | .00 | .00 |
| NEW CENTURY MORTGAGE | UNSECURED | .00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 227.00 | 226.72 | 226.72 | 226.72 | 78.97 |
| NICOR GAS | UNSECURED | .00 | NA | NA | .00 | .00 |
| PRIMARY HEALTHCARE A | UNSECURED | 68.00 | NA | NA | .00 | .00 |
| PROGRESSIVE INS CO | UNSECURED | 1,777.00 | NA | NA | .00 | .00 |
| PROVIDIAN NATIONAL B | UNSECURED | 3,281.00 | NA | NA | .00 | .00 |
| PROVIDIAN FINANCIAL | UNSECURED | .00 | NA | NA | .00 | .00 |
| RFSI | UNSECURED | .00 | NA | NA | .00 | .00 |
| ROBERT G MICHAELS & | UNSECURED | 140.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 533.00 | 524.76 | 524.76 | 524.76 | 197.18 |
| SAM'S CLUB | UNSECURED | .00 | NA | NA | .00 | .00 |
| SAM'S CLUB | UNSECURED | .00 | NA | NA | .00 | .00 |
| SOUTHLAND BONE & JOI | UNSECURED | 29.50 | NA | NA | .00 | .00 |
| SPRINT PCS | UNSECURED | 920.00 | NA | NA | .00 | .00 |
| SPRINT PCS | UNSECURED | 266.00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL | UNSECURED | 306.00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL | UNSECURED | 112.00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| IL DEPT OF EMPL0YMEN | UNSECURED | .00 | 1,062.00 | 1,062.00 | 1,062.00 | 399.49 |
| VASCULAR SURGERY NON | UNSECURED | 175.00 | 160.00 | 118.72 | 118.72 | 59.65 |
| VILLAGE OF RICHTON P | UNSECURED | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| VON MAUR | UNSECURED | .00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL PR | UNSECURED | 4,044.00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | .00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | .00 | NA | NA | .00 | .00 |
| WFFINANCE | UNSECURED | .00 | NA | NA | .00 | .00 |
| WELLS FARGO FINANCIA | UNSECURED | 731.00 | 702.48 | 702.48 | 702.48 | 263.83 |
| WELLS FARGO FINANCIA | UNSECURED | .00 | 799.53 | 799.53 | 799.53 | 300.40 |
| WASHINGTON MUTUAL | UNSECURED | .00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | .00 | NA | NA | .00 | .00 |
| RESURGENT CAPITAL SE | UNSECURED | .00 | 3,954.06 | 3,954.06 | 3,954.06 | 1,484.68 |
| INTERNAL REVENUE SER | UNSECURED | 6,000.00 | 1,574.75 | 1,574.75 | 1,574.75 | 592.63 |
| MIDLAND CREDIT MANAG | UNSECURED | NA | 362.74 | 362.74 | 362.74 | 136.04 |
| OCWEN FEDERAL BANK | OTHER | NA | NA | NA | .00 | .00 |
| CARRINGTON MORTGAGE | OTHER | NA | NA | NA | .00 | .00 |
| ZALUTSKY & PINSKI LT | PRIORITY | NA | .00 | 354.00 | 354.00 | .00 |
| WELLS FARGO FINANCIA | UNSECURED | NA | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL BA | UNSECURED | NA | NA | NA | .00 | .00 |
| SAM'S CLUB | UNSECURED | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 27,697.94 | 27,697.94 | .00 |
| Debt Secured by Vehicle | 35,750.37 | 35,750.37 | 4,514.87 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 63,448.31 | 63,448.31 | 4,514.87 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 7,173.66 | 7,173.66 | 2,155.69 |
| **TOTAL PRIORITY:** | 7,173.66 | 7,173.66 | 2,155.69 |
| **GENERAL UNSECURED PAYMENTS:** | 13,189.77 | 13,189.77 | 4,966.67 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 9,797.65 |
| Disbursements to Creditors | $ | 95,448.97 |
| **TOTAL DISBURSEMENTS:** | $ | 105,246.62 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   06/04/2012                                   /s/ Tom  Vaughn
                                                      Tom  Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**